IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE: :
                                                                    Case No. 11-31890
    KILBARGER, AJ : Chapter 7
    KILBARGER, JULIE A.          Judge Guy R. Humphrey
                                                 :
            Debtors.

## NOTICE OF TRUSTEE'S PROPOSED SALE/DISPOSITION OF TANGIBLE PERSONAL PROPERTY TO DEBTORS AND OPPORTUNITY TO OBJECT

As set forth below, the Trustee proposes to sell and or dispose to the Debtors certain tangible personal property.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the Trustee's proposed action, or if you want the Court to consider your views on the Trustee's proposed action, then on or before Twenty One (21) days from the Date of Issuance set forth below, you or your attorney must file a written response in accordance with the Court's local rules and filing procedures.

    The Clerk of Court's address is: U.S. Bankruptcy Court Clerks Office, 120 W. Third Street, Dayton, OH 45402.
    Copies of the Court's Administrative Procedures for electronic court filings can be found at the following website:     http://www.ohsb.uscourts.gov

You must file the response early enough so the Court will **receive** it on or before the date stated above.

You must also either electronically serve John Paul Rieser through the court's ECF System or mail a copy to John Paul Rieser at the following address:    John Paul Rieser
                                                                               7925 Graceland Street
                                                                               Dayton, OH 45459-3834

If you or your attorney do not take these steps, the Trustee will take the proposed action without further notice and report the details thereof on the Final Report in this case.

**10/25/2011**                                                                           /s/ *John Paul Rieser*

Date of Issuance                                                       John Paul Rieser, Esq.

# NOTICE OF PROPOSED SALE /DISPOSITION

Now comes John Paul Rieser, the duly appointed and acting Chapter 7 Trustee in the above captioned case and hereby gives notice pursuant to 11 U.S.C. §§ 363, 554, and 725 that a disposition of tangible personal property will be made to the Debtors in exchange for non-exempt equity, as determined by the Trustee and agreed to by the Debtors.

The property at issue is a 2005 Dodge Ram ("Vehicle") scheduled by the Debtors at a value of $13,485.00. The Trustee determined the value of the Vehicle to be slightly higher, in the approximate amount of $15,312.50, based on the average of the NADA average trade in value ($13,275.00) and the NADA clean retail value ($17,350.00). From this value, the Trustee deducted (1) Debtors' exemptions pursuant to O.R.C. § 2329.66 (A)(2) and (18) in the amount of $4,600.00. The Trustee agreed to accept a payment of $10,000.00 from the Debtors. This agreed-upon payment is slightly less than the vehicle's value by approximately $712.50 [1]. The Trustee believes that disposing of the Vehicle by permitting the Debtors to "buy out" the non-exempt equity herein will produce a net certain recovery to creditors equal to or greater than that which would be obtained from selling the Vehicle at auction or by alternative disposition methods, which have greater transaction costs, take longer, and have no certainty as to result.

**WHEREFORE,** the Trustee now notices creditors and all parties of interest that unless an objection to this Notice is timely filed and served, the Trustee will finalize this proposed disposition as permitted by the Bankruptcy Code, Rules and Local Bankruptcy Rules.

---

[1] This price adjustment is an estimate based on the Trustee's experience in selling vehicles at auctions in the current market environment. NADA and Kelley Blue Book values for any given vehicle can differ considerably, and the vehicle's condition is also a factor in its value. The price adjustment includes approximate administrative costs which the Trustee would incur if he sold the vehicle at auction, including without limitation the auction company's fees which can range from approximately $100.00 to $250.00.

Respectfully yours,

**/s/ *John Paul Rieser***
John Paul Rieser, Trustee
Rieser & Associates LLC
7925 Graceland Street
Dayton, OH 45459-3834
Phone: (937) 224-4128, Fax: (937) 224-3090
E-mail: tecfdesk@rieserlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **NOTICE OF TRUSTEE'S PROPOSED SALE/DISPOSITION OF TANGIBLE PERSONAL PROPERTY TO DEBTORS AND OPPORTUNITY TO OBJECT** was served this 25th day of October, 2011, on the parties in interest listed on the attached matrix. All parties listed on the attached matrix were served by regular U.S. mail, postage prepaid, with the following exceptions:

(1) The Trustee is not serving the United States Bankruptcy Court by regular mail because the United States Bankruptcy Court will receive electronic notice of this filing.
(2) A creditor who is listed by name only, with no mailing address, is <u>not</u> being served with this document. The Trustee is not serving a copy to creditors who have no mailing address listed on the matrix because it is obvious that the Post Office cannot and will not deliver mail without an address, and it would be a waste of estate resources to attempt such delivery. The Trustee will provide a copy of this document or pleading to such creditors upon request from the creditors not receiving service.
(3) The following parties are not being served by regular mail because they will receive notice of this filing by the court's electronic ECF system:

    Asst US Trustee (Day) USTPRegion09.CB.ECF@usdoj.gov

    Scott A Kramer scottakramer@sbcglobal.net

    Erin M Laurito jsummers@lauritolaw.com, dleonard@lauritolaw.com

**/s/ *John Paul Rieser***
_____

John Paul Rieser [lrs/736]

```
Label Matrix for local noticing              United States Bankruptcy Court           ARM
0648-3                                       120 West Third Street                     PO Box 129
Case 3:11-bk-31890                           Dayton, OH 45402-1872                     Thorofare, NJ 08086-0129
Southern District of Ohio
Dayton
Mon Oct 24 11:08:03 EDT 2011

Accounts Receivables Management, Inc.        Asst US Trustee (Day)                     Bank Of America
PO Box 129                                   Office of the US Trustee                  Po Box 17054
Thorofare, NJ 08086-0129                     170 North High Street                     Wilmington, DE 19850-7054
                                             Suite 200
                                             Columbus, OH 43215-2417

Carolyn Rice                                 Chase                                     Chase Bank USA, N.A.
Montgomery County Treasurer                  Po Box 15298                              PO Box 15145
451 W. Third Street                          Wilmington, DE 19850-5298                 Wilmington, DE 19850-5145
Dayton, OH 45422-0475


(p)CHRYSLER FINANCIAL                        Citi                                      Citimortgage Inc
27777 INKSTER RD                             Po Box 6241                               Po Box 9438
FARMINGTON HILLS MI 48334-5326               Sioux Falls, SD 57117-6241                Gaithersburg, MD 20898-9438


City Of Dayton                               City of Dayton                            City of Dayton
A/R Collections                              Dept. of Revenue and Taxation             Finance Department
101 West Third Street                        101 West Third Street                     1010 West 3rd St, PO Box 22
Dayton, Ohio 45402-1814                      Dayton, OH 45402-1814                     Dayton, OH 45401-0022


City of Miamisburg                           Client Services                           CollectCorp
PO Box 369                                   3451 Harry S. Truman Blvd                 PO Box 101928
Miamisburg, OH 45343-0369                    Saint Charles, MO 63301-9816              Dept 4947A
                                                                                       Birmingham, AL 35210-6928


Credit Protection Association                Discover Bank                             Discover Fin Svcs Llc
13355 Noel Rd                                DB Servicing Corporation                  Po Box 15316
Dallas, TX 75240-6602                        PO Box 3025                               Wilmington, DE 19850-5316
                                             New Albany OH  430543025


FIA CARD SERVICES, N.A.                      Gemb/Suzuki                               Gordon Orthodontics
PO Box 15102                                 Po Box 981400                             140 Shawnee Street
Wilmington, DE 19886-5102                    El Paso, TX 79998-1400                    Greenville, OH 45331-2529


Gordon Orthodontics                          Hsbc Bank                                 Laurito & Laurito
c/o Randall Breaden, Esq.                    Po Box 5253                               7550 Paragon Road
414 Walnut Street                            Carol Stream, IL 60197-5253               Dayton, OH 45459-5317
Greenville, Ohio 45331-1921


Mont Co Cu                                   Montgomery County                         NCB Management Services, Inc.
620 N. Main Street                           Department of Sanitary Engineering        PO Box 1099
Dayton, OH 45405                             1850 Spaulding Rd                         Langhorne, PA 19047-6099
                                             Dayton, OH 45432-3732
```

| | | |
|---|---|---|
| Ocwen Loan Servicing L<br>12650 Ingenuity Dr<br>Orlando, FL 32826-2703 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OH 44101-4982 | Pnc/Ohio<br>2730 Liberty Ave<br>Pittsburgh, PA 15222-4704 |
| (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 | Wfnnb/Fashion Bug<br>4590 E Broad St<br>Columbus, OH 43213-1301 | Wfnnb/Peebles<br>Po Box 64<br>Jacksonville, TX 75766 |
| World Financial Network National Bank<br>Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | AJ Kilbarger<br>9805 Boxwood Court<br>Springboro, OH 45066-9800 | John Paul Rieser<br>7925 Graceland Street<br>Dayton, OH 45459-3834 |
| Julie A Kilbarger<br>1108 State Route 571 West<br>Union City, OH 45390-9021 | Scott A Kramer<br>2275 Miamisburg-Centerville Road<br>Suite 400<br>Dayton, OH 45459-3816 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chrysler Financial<br>5225 Crooks Rd Ste 140<br>Troy, MI 48098 | Webbank/Dfs<br>1 Dell Way<br>Round Rock, TX 78682 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)CitiMortgage, Inc. | (d)CollectCorp<br>PO Box 101928<br>Dept 4947A<br>Birmingham, AL 35210-6928 | End of Label Matrix<br>Mailable recipients    40<br>Bypassed recipients     2<br>Total                  42 |